UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                              CASE: A19-52074-BEM

DEITRE GRANT FFRENCH                                                CHAPTER 13

Debtor

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment(s):

Check Number:   1096
Check Date:     10/23/2019

| Payee Name | Amount |
|---|---|
| DEITRE GRANT FFRENCH | $1,094.56 |

These funds are being remitted to the Registry because the payee has not claimed the funds.

## CERTIFICATE OF SERVICE

I further certify that I have on this day, October 24th, 2019, electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

MEDLEY & ASSOCIATES LLC

Respectfully submitted,

/s/
K. Edward Safir, Attorney
for the Chapter 13 Trustee
GA Bar No. 622149
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303-1229
(404) 525-1110
eds@atlch13tt.com